CLARA E. FROMER, Respondent, *v.* SIMON OTTENBERG et al., Appellants.

*Fromer* v. *Ottenberg*, 105 App. Div. 640, affirmed.
(Argued October 15, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1905, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to restrain the alleged infringement of a certain trade mark or brand for cigars.

*John J. Crawford* and *Charles H. Brush* for appellants.

*S. K. Lichenstein* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.

---

CHARLES PLUCKHAM, Respondent, *v.* AMERICAN BRIDGE COMPANY, Appellant.

*Pluckham* v. *American Bridge Co.*, 104 App. Div. 404, affirmed.
(Argued October 15, 1906; decided November 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1905, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Frank Verner Johnson* for appellant.

*Charles Caldwell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.